IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT BEARD,

    Plaintiff,

 v.

CAPT. LARRY DOE, et al.,

    Defendants.
                                     /

No. C 12-00387 SBA (PR)

**ORDER OF TRANSFER**

      Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and an application for in forma pauperis status. The acts complained of occurred at Kern Valley State Prison, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

      Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. All pending motions are TERMINATED on this Court's docket as no longer pending in this district.

      IT IS SO ORDERED.

DATED:  3/13/12

                                                       SAUNDRA BROWN ARMSTRONG
                                                       United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT BEARD,

        Plaintiff,

  v.

LARRY DOE et al,

        Defendant.
                                         /

Case Number: CV12-00387 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 15, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Beard H-95755
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: March 15, 2012

                                      Richard W. Wieking, Clerk
                                      By: Lisa Clark, Deputy Clerk